

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         DEC - 8 2011

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-391-JCM (GWF) |
| ) | |
| ROBERT KENNARD, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

On December 8, 2011, defendant ROBERT KENNARD, pled guilty to Counts One through Four of a Four-Count Criminal Information charging him in Counts One through Four with Money Laundering in violation of Title 18, United States Code, Section 1957, and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information and agreed to in the Plea Memorandum.

This Court finds that ROBERT KENNARD shall pay a criminal forfeiture money judgment of $893,400.50 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ROBERT KENNARD a criminal forfeiture money judgment in the amount of $893,400.50 in United States Currency.

DATED this 8th day of Dec, 2011.

_____
UNITED STATES DISTRICT JUDGE